UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
DEVIN FERNANDEZ, on behalf of himself and all
Others similarly situated,

        Civil Action No. 1:24-cv-7717

      Plaintiffs,

  -against-

J&H TACKLE, INC.,

        **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE**

      Defendant.
―――――――――――――――――――――x

    Plaintiff Devin Fernandez, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: March 7, 2025

  By: _/s/ Gabriel Levy_____

    Gabriel A. Levy, Esq .
      *Attorney for Plaintiff*
    Gabriel A. Levy, P.C.
    1129 Northern Blvd, Ste 404
    Manhasset, NY 11030
    T: 347-941-4715
    Glevy@glpcfirm.com